[No. 16315-2-II.     Division Two.     October 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL PAUL ENGUM, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-1-00052-8, Milton R. Cox, J., entered July 8, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 16462-1-II.     Division Two.     October 21, 1994.]

GLORIA LINDBLOM, *Appellant*, v. BLANTON, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Lewis County, No. 91-2-00578-6, David R. Draper, J., entered September 24, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 33693-2-I.     Division One.     October 24, 1994.]

*In the Matter of the Marriage of* SUSAN KERGIL, *Respondent, and* FRANK KERGIL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-3-05546-1, Donald D. Haley, J., entered October 18, 1993. *Reversed* by unpublished per curiam opinion.

[No. 33669-0-I.     Division One.     October 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-01743-6, Joan E. DuBuque, J., entered September 27, 1993. *Affirmed* by unpublished per curiam opinion.